## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **PAULSON PRV HOLDINGS, LLC, EARLE HC LLC,**  *Plaintiffs*,  **v.**  **BETTER PUERTO RICO LLC, FAHAD GHAFFAR,**  *Defendants*. | Civ. No. 24-01541 (MAJ) |

## JUDGMENT

On March 6, 2025, the parties filed a Joint Motion for Voluntary Dismissal with Prejudice. (**ECF No. 36**). In accordance with the Order entered at ECF No. 37, judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety, without the imposition of costs and attorneys' fees.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 13th day of March, 2025.

*/s/ María Antongiorgi-Jordán*
**MARÍA ANTONGIORGI-JORDAN**
**UNITED STATES DISTRICT JUDGE**